**Benjamin M. KAYE et al., Petitioners-Appellants, v. CENTRAL MANHATTAN PROPERTIES, Inc., Debtor-Appellee.**

No. 150.

Circuit Court of Appeals, Second Circuit.

Dec. 29, 1941.

Benjamin M. Kaye, of New York City (Kaye, Scholer, Fierman & Hays, of New York City, on the brief), for petitioners-appellants.

George R. Coughlan, of New York City (Coughlan & Russell, of New York City, on the brief), for debtor-appellee.

William M. Chadbourne, of New York City, for Bondholders' Committee.

Before CLARK and FRANK, Circuit Judges.

PER CURIAM.

Judgment affirmed.

**SAFEWAY STORES, Inc., v. Doris C. LEES.**

No. 9993.

Circuit Court of Appeals, Ninth Circuit.

Dec. 19, 1941.

William L. Clift, Newell Gough, Jr., and Weir, Clift & Bennett, all of Helena, Mont., for appellant.

Sherman W. Smith and Victor H. Fall, both of Helena, Mont., for appellee.

Before GARRECHT, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the appeal in this cause be dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

**Marie C. STRANAHAN, Appellant, v. UNITED STATES of America, Appellee.**

No. 8738.

Circuit Court of Appeals, Sixth Circuit.

Dec. 10, 1941.

Marshall, Melhorn, Davies, Wall & Bloch, of Toledo, Ohio, for appellant.

F. B. Kavanagh, U. S. Atty., of Cleveland, Ohio, and John Paul Manton, Asst. U. S. Atty., of Toledo, Ohio, for appellee.

Before SIMONS, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

In a suit for refund of income taxes tried to the court without a jury and resulting in a judgment for the appellant but rejecting her claim for refund attributable to partial worthlessness of a deposit account, the court perceiving no error of law in the trial of the cause nor in the conclusions of law reached by the court as a basis for the judgment, it is ordered that the judgment below be, and it is hereby affirmed.